# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-cv-284-RJC-DSC

| | |
|---|---|
| JAMES YARBOROUGH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE CITY OF CHARLOTTE and<br>JON DUNHAM,<br><br>　　　　　　Defendants. | ORDER |

**THIS MATTER** is before the Court on the "Consent Motion to Amend the Case Management Plan" (document #12). The Court finds good cause for the Motion in the circumstances described and it is hereby **GRANTED**. The following deadlines and settings are modified as follows:

    Mediation:    April 1, 2019
    Dispositive Motions: April 15, 2019
    Trial:     September 3, 2019

**SO ORDERED.**

    Signed: March 1, 2019

_____
David S. Cayer
United States Magistrate Judge