# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:18-cv-284-RJC-DSC

| | |
|---|---|
| JAMES YARBOROUGH,<br><br>                Plaintiff,<br><br>  v.<br><br>THE CITY OF CHARLOTTE and<br>JON DUNHAM,<br><br>                Defendants. | ORDER |

**THIS MATTER** is before the Court on the parties' "Motion[s] to Seal …" (documents ##22, 25 and 27). For the reasons stated therein, the Motions to Seal are **GRANTED** without prejudice to any party's right to file a motion to unseal.

**SO ORDERED.**

Signed: May 8, 2019

_____
David S. Cayer
United States Magistrate Judge